1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   TAMAR KOUYOUMJIAN (CA SBN 254148)
4  Assistant United States Attorney
     Room 7211, Federal Building
5    300 North Los Angeles Street
     Los Angeles, California  90012
6  Telephone:  (213) 894-7388
   Facsimile:  (213) 894-0115
7  Email: tamar.kouyoumjian@usdoj.gov

8  Attorneys for United States of America

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12                     SACV11-00603 CJC JCGx

13  UNITED STATES OF AMERICA,       )  Case No.
                                    )
14                   Petitioner,    )  [PROPOSED] ORDER TO SHOW CAUSE
                                    )
15        vs.                       )
                                    )
16  NOBOHITO SUZUKI,                )
                                    )
17                   Respondent.    )
                                    )
18  _____)

19        Upon the Petition and supporting Memorandum of Points and

20  Authorities, and the supporting Declaration to the Petition, the

21  Court finds that Petitioner has established its *prima facie* case

22  for judicial enforcement of the subject Internal Revenue Service

23  ("IRS" and "Service") summons.  *See* United States v. Powell, 379

24  U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

25  Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

26  1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

27  1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

28  1995) (the Government's *prima facie* case is typically made

                               1

1  through the sworn declaration of the IRS agent who issued the

2  summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

3  (9th cir. 1993).

4       **THEREFORE, IT IS ORDERED** that Respondent appear before this

5  District Court of the United States for the Central District of

6  California in Courtroom No. **9B** ,

7  _____   United States Courthouse
            312 North Spring Street,
8           Los Angeles, California 90012

9

10 _____   Roybal Federal Building and United States Courthouse
            255 E. Temple Street,
11          Los Angeles, California 90012

12

13 ✓       Ronald Reagan Federal Building and United States Courthouse
            411 West Fourth Street,
14          Santa Ana, California 92701

15

16 _____   Brown Federal Building and United States Courthouse
            3470 Twelfth Street, Riverside, California 92501
17

18 on **May 23, 2011**, at **1:30 p**.m.

19 and show cause why the testimony and production of books, papers,

20 records and other data demanded in the subject Internal Revenue

21 Service summonses should not be compelled.

22      **IT IS FURTHER ORDERED** that copies of this Order, the

23 Petition, Memorandum of Points and Authorities, and accompanying

24 Declaration be served promptly upon Respondent by any employee of

25 the Internal Revenue Service or by the United States Attorney's

26 Office, by personal delivery, or by leaving copies of each of the

27 foregoing documents at the Respondent's dwelling or usual place

28 of abode with someone of suitable age and discretion who resides

2

1   there, or by certified mail.

2       **IT IS FURTHER ORDERED** that within ten (10) days after

3   service upon Respondent of the herein described documents,

4   Respondent shall file and serve a written response, supported by

5   appropriate sworn statements, as well as any desired motions.

6   If, prior to the return date of this Order, Respondent files a

7   response with the Court stating that Respondent does not desire

8   to oppose the relief sought in the Petition, nor wish to make an

9   appearance, then the appearance of Respondent at any hearing

10  pursuant to this Order to Show Cause is excused, and Respondent

11  shall be deemed to have complied with the requirements of this

12  Order.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2  the pleadings will be considered on the return date of this

3  Order.   Only those issues raised by motion or brought into

4  controversy by the responsive pleadings and supported by sworn

5  statements filed within ten (10) days after service of the herein

6  described documents will be considered by the Court.   All

7  allegations in the Petition not contested by such responsive

8  pleadings or by sworn statements will be deemed admitted.

9

10 DATED:  *4/19/11*                                               

11                          United States District Judge

12 Presented By:

13 ANDRÉ BIROTTE JR.
   United States Attorney
14 SANDRA R. BROWN
   Assistant United States Attorney
15 Chief, Tax Division

16

17                                                          

18 TAMAR KOUYOUMJIAN
   Assistant United States Attorney
19 Attorneys for United States of America
   Petitioner

20

21

22

23

24

25

26

27

28

                                4